# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BRUCE A. QUARLES, | : | No. 19 MM 2018 |
| Petitioner | : | |
| v. | : | |
| THOMAS C. BRANCA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2018, the Application for Leave to File Original Process and the Application to Supplement are GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.